# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEREMY V. PINSON, | : | |
|    Plaintiff | : | |
| | : | No. 1:18-cv-00118 |
| v. | : | |
| | : | (Judge Rambo) |
| UNITED STATES OF AMERICA, | : | |
|    Defendant | : | |

## ORDER

**AND NOW**, on this 8th day of August, 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion to proceed in forma pauperis (Doc. No. 2), construed as a motion to proceed without the full prepayment of costs and filing fees, is **GRANTED**;

2. Plaintiff's complaint (Doc. No. 1), is **DISMISSED** as duplicative and barred by res judicata;

3. The Clerk of Court is directed to **CLOSE** this action; and

4. Any appeal form this Order is deemed frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

                                        s/Sylvia H. Rambo
                                        SYLVIA H. RAMBO
                                        United States District Judge