# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEREMY V. PINSON, | : | |
|     Plaintiff | : | |
| | : | No. 1:18-cv-00118 |
| v. | : | |
| | : | (Judge Rambo) |
| UNITED STATES OF AMERICA, | : | |
|     Defendant | : | |

## ORDER

**AND NOW**, on this 28th day of November 2018, upon consideration of Plaintiff's motion for reconsideration (Doc. No. 14), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion for reconsideration (Doc. No. 14), is **GRANTED**;

2. The Clerk of Court is directed to **REOPEN** this action;

3. The Clerk of Court is directed to issue the summons with a copy of the complaint (Doc. No. 1), to the United States Marshal for service on Defendant United States of America;

4. The plaintiff shall immediately advise the Court of any change in address. Failure to do so may result in dismissal for failure to prosecute if the Court and other parties are unable to serve pleadings, orders and other documents.

                                            s/Sylvia H. Rambo
                                            SYLVIA H. RAMBO
                                            United States District Judge

Dated: November 28, 2018