# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEREMY PINSON,** | : | |
| Plaintiff | : | |
| | : | No. 1:18-CV-0118 |
| v. | : | |
| | : | (Judge Rambo) |
| **UNITED STATES OF AMERICA,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 29th day of August 2019, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendant's motion for summary judgment (Doc. No. 22) is **GRANTED IN PART** and **DENIED IN PART**, as follows:

   a. The motion (Doc. No. 22) is **GRANTED** with respect to Plaintiff's negligence claim concerning the nurse because Plaintiff failed to exhaust his administrative remedies with respect to that claim;

   b. The motion (Doc. No. 22) is **GRANTED** with respect to Plaintiff's negligence claim concerning the officer who provided him a razor;

   c. The motion (Doc. No. 22) is **DENIED** with respect to Plaintiff's negligence claim alleging that on June 5, 2016, an officer failed to retrieve a razor and contact psychology despite Plaintiff's statement that she was suicidal; and

2. A separate Order setting forth further proceedings in the above-captioned case will issue.

S/SYLVIA H. RAMBO
United States District Judge